

**Donna K. COLEY, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3413.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

Lindsay Williams, Principal Attorney, William F. Ryan, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Lisa Lyons Ward, Principal Attorney, The Office of Lisa Lyons Ward, Ellicott City, MD, for Petitioner.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John A. MOORE, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3414.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2004.

John A. Moore, of Counsel, Mobile, AL, for Petitioner.

Steven M. Mager, Principal Attorney, Donald E. Kinner, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.